1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11  ROBERT JOSEPH GARDNER,           )    No. C 13-3432 LHK (PR)
                                     )
12            Plaintiff,             )    JUDGMENT
                                     )
13     v.                            )
                                     )
14  JOYCE SASSE, et al.,             )
                                     )
15            Defendants.            )
    _____    )
16
17     The court has dismissed the instant action. A judgment of dismissal is entered. The
Clerk shall close the file.
18
       IT IS SO ORDERED.
19
DATED:  10/3/13                      _Lucy H. Koh_____
20                                    LUCY H. KOH
                                      United States District Judge
21
22
23
24
25
26
27
28

Judgment
G:\PRO-SE\LHK\CR.13\Gardner432jud.wpd