IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JOSEPH GARDNER, )<br>　　　　Plaintiff, )<br>　v. )<br>JOYCE SASSE, et al., )<br>　　　　Defendants. ) | No. C 13-3432 LHK (PR)<br><br>JUDGMENT |

　　　The court has dismissed the instant action. A judgment of dismissal is entered. The Clerk shall close the file.

　　　IT IS SO ORDERED.

DATED: 10/3/13

　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　United States District Judge

Judgment
G:\PRO-SE\LHK\CR.13\Gardner432jud.wpd